[No. 24104-1-III.   Division Three.   October 10, 2006.]

*In the Matter of the Guardianship of* JOSEPHINE C. HEYWOOD.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-4-01128-0, Jerome J. Leveque, J., entered April 5, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24166-1-III.   Division Three.   October 10, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. CHRISTINE D. WEBER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01467-1, Salvatore F. Cozza, J., entered April 29, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kato, J.

[Nos. 24257-9-III; 24687-6-III.   Division Three.   October 10, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. COVINGTON, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID E. COVINGTON, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00666-2, John M. Antosz, J., entered June 20, 2006, together with a petition for relief from personal restraint. Judgment *reversed* and *remanded* and petition *dismissed* by unpublished per curiam opinion.

[No. 24611-6-III.   Division Three.   October 10, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH G. WASANKARI, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 05-1-00137-7, David Frazier, J., entered October 7, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.